■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC GRAY, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on April 12, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Carro, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ROMAN, Appellant. — Judgment, Supreme Court, New York County (Michael Dontzin, J.), rendered on December 17, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Asch, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLADYS VILLAR, Appellant. — Judgment, Supreme Court, New York County (Thomas Galligan J.), rendered on April 4, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Asch, Silverman, Bloom and Fein, JJ.

■ PAN AMERICAN WORLD AIRWAYS, INC., Appellant, v HOWARD JOHNSON COMPANY, Respondent. — Judgment, Supreme Court, New York County (Alfred Ascione, J.), entered on September 14, 1983, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on April 12, 1983 is dismissed, without costs and without disbursements, as having been subsumed in the appeal from the judgment. No opinion. Concur — Sandler, J. P., Asch, Silverman, Bloom and Fein, JJ.